UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SELETHEA DORSEY

v.                                              C.A. No. 09-403 S

JOHNNY BUNKLEY, JR.;

SELETHEA DORSEY

v.                                              C.A. No. 09-404 S

ABAL CHECK CASH
FINANCIAL SERVICES, INC.;

SELETHEA DORSEY

v.                                              C.A. No. 09-405 S

PROCESSING CENTER;

SELETHEA DORSEY

v.                                              C.A. No. 09-406 S

FAMILY DOLLAR STORES;

SELETHEA DORSEY

v.                                              C.A. No. 09-407 S

BANK OF AMERICA;

SELETHEA DORSEY

v.                                              C.A. No. 09-408 S

WOONSOCKET POLICE
DEPARTMENT;

SELETHEA DORSEY

v.                                              C.A. No. 09-409 S

JACKSON MEMORIAL HOSPITAL;

SELETHEA DORSEY

v.                                                        C.A. No. 09-410 S

MacDONALDS, ET AL.;

SELETHEA DORSEY

v.                                                        C.A. No. 09-446 S

RHODE ISLAND CREDIT UNION;

SELETHEA DORSEY

v.                                                        C.A. No. 09-447 S

KAREN LUCAS;

SELETHEA DORSEY

v.                                                        C.A. No. 09-448 S

EDDIE B. LOYD;

SELETHEA DORSEY

v.                                                        C.A. No. 09-449 S

R.L. HODO;

SELETHEA DORSEY

v.                                                        C.A. No. 09-451 S

PROVIDENCE HOUSING AUTHORITY;

SELETHEA DORSEY

v.                                                        C.A. No. 09-461 S

SOUTH CENTRAL MIAMI
DADE COUNTY PUBLIC SCHOOLS;

SELETHEA DORSEY

v.                                                        C.A. No. 09-462 S

AFSME UNION;

SELETHEA DORSEY

v.                                                          C.A. No. 09-463 S

WYNDHAM REWARDS, ET AL.

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on October 5th, 2009, in the above-captioned matters is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Plaintiff's Motions for Leave to Appeal In Forma Pauperis are GRANTED, however, the matters are DISMISSED pursuant to 28 U.S.C. §§1915(e)(2)(B)(i),(ii), and (iii).

Further, Plaintiff Selethea Dorsey is prohibited from filing any additional complaints or other papers in the Court, except for filings in currently pending cases to object to a Report and Recommendation of a Magistrate Judge or to effect an appeal from this Court, without first obtaining the prior written approval of a District Judge of this Court. If Plaintiff Selethea Dorsey wishes to file any additional complaints or other papers in this Court, she shall file a written petition seeking leave of the Court to do so. The petition must be accompanied by copies of the documents sought to be filed, and a certification under oath that there is a good faith basis for filing them in Federal Court. The Clerk of Court shall accept the documents, mark them

received, and forward them to a District Judge of this Court for action on the petition for leave to file.

By Order,

/s/ B. M. ___
Deputy Clerk

ENTER:

/s/ WESmith
William E. Smith
United States District Judge

Date: 10/22/09